# United States Court of Appeals
## For the First Circuit

---

No. 08-1810

CARLOS LUIS GOMES,

Petitioner, Appellant,

v.

SUPERINTENDENT BERNARD BRADY,

Respondent, Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2009, should be amended as follows:

On page 6, lines 1-2, replace "May 4, 2006" with "May 28, 2008."